UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Timothy Cardenas,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | CASE NO.: 1:24-cv-00694-KES-GSA<br><br>**ORDER EXTENDING BRIEFING DEADLINES** |

As stipulated (Doc. 14), Defendant's deadline to file a response brief is extended to and including November 8, 2024.

IT IS SO ORDERED.

　Dated:　**October 7, 2024**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE