UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CARDENAS<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 1:24-cv-00694-KES-GSA<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, REMANDING FOR FURTHER PROCEEDINGS, AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT COMMISSIONER OF SOCIAL SECURITY<br><br>Docs. 12, 16, 18 |

Plaintiff Timothy Cardenas initiated this action against defendant Commissioner of Social Security by filing a complaint for judicial review of the administrative decision denying his application for Social Security benefits. Doc. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On September 9, 2024, plaintiff filed a motion for summary judgment seeking to have the decision reversed and remanded to the Commissioner for additional proceedings. Doc. 12. On November 8, 2024, defendant filed a responsive brief and moved for summary judgment, seeking to have the decision affirmed. Doc. 16. Plaintiff filed a reply brief on November 22, 2024. Doc. 17. On June 30, 2025, the assigned magistrate judge entered findings and recommendations to direct entry of judgment in plaintiff's favor and remand for further proceedings. Doc. 18. The findings and recommendations advised that objections were due within 14 days thereof. *Id.* at 16. No objections to the findings and recommendations were filed and the time to do so has passed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations, Doc. 18, are adopted in full;
2. Plaintiff's motion for summary judgment, Doc. 12, is granted;
3. The Commissioner's request to affirm, Doc. 16, is denied;
4. This matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the findings and recommendations; and
5. The Clerk of the Court is directed to enter judgment in favor of plaintiff and against defendant Commissioner of Social Security.

IT IS SO ORDERED.

Dated:  October 23, 2025

_____
UNITED STATES DISTRICT JUDGE